# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Anjuan Quinell Mosby | ) | Case No. 4:24 MJ 2321 JSD |
| | ) | |
| | ) | SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 20, 2024__ in the city of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:1201(a) | Kidnapping (resulting in death) |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

_____
*Complainant's signature*

Matthew E. Boester, TFO, FBI
*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: 11/23/2024

_____
*Judge's signature*

City and state: St. Louis, Missouri   Honorable Joseph S. Dueker, U.S. Magistrate Judge
*Printed name and title*