UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
DEC - 4 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) 4:24CR633 SEP/NCC |
| ANJUAN Q. MOSBY and EMMANUEL SUAREZ, | ) ) ) |
| Defendants. | ) ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about November 20, 2024, within the Eastern District of Missouri,

**ANJUAN Q. MOSBY and
EMMANUEL SUAREZ,**

the Defendants herein, aided and abetted by others unknown, did unlawfully and willfully seize, confine, kidnap, abduct, detain and carry away Michelle Hampton and otherwise hold her for their financial reward, benefit and gain, and in furtherance of the commission of the kidnapping offense, used a means, facility, and instrumentality of interstate or foreign commerce, to wit: telephones and Automated Teller Machines, and which conduct resulted in the death of Michelle Hampton.

In violation of Title 18, United States Code, Sections 1201(a)(1) and 2 and punishable under Title 18, United States Code, Section 1201(a)(5).

### COUNT TWO

The Grand Jury further charges that:

On or about November 22, 2024, within the Eastern District of Missouri,

**ANJUAN Q. MOSBY,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm that had traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNT THREE

The Grand Jury further charges that:

On or about November 25, 2024, within the Eastern District of Missouri,

**EMMANUEL SUAREZ,**

the Defendant herein, knowing he had previously been convicted in a court of law of one or more crimes punishable by a term of imprisonment exceeding one year, knowingly possessed a firearm that had traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____

FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____

ASHLEY M. WALKER, #67175MO
Assistant United States Attorney