# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:24-MJ-00633-SEP-NCC |
| ) | |
| EMMANUEL SUAREZ, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO CONTINUE DEADLINE FOR FILING PRETRIAL MOTIONS

COMES NOW Defendant, by and through his undersigned counsel of record, and for and in support of his motion to continue the deadline for filings pretrial motions, states as follows:

1. The deadline for filing pretrial motions, or the waiver thereof, is February 14, 2025 (DCD_41).

2. The Government has served Defendant with voluminous discovery.

3. Defense counsel continues to review discovery and develop information relevant to the defense of this matter, but due to the amount of discovery received, requires additional time to complete this investigation and review and to consult with the Defendant regarding his options with respect to pre-trial motions.

4. Defendant counsel requests an additional 60-days, up to and including April 15, 2025, to investigate and consult with his client.

5. The Defendant is aware of his rights under the Speedy Trial Act and consents to the continuance to accommodate these ends.

6. An executed Speedy Trial Act waiver will be obtained from the Defendant and filed with the Court to accommodate this requested continuance.

7. The ends of justice served by a continuance outweigh the interest of the public and the defendant in a speedy trial.

WHEREFORE, Defendant respectfully requests that the deadline for filing pretrial motions be extended for an additional 60-days; up to and including April 15, 2025, and for such further relief as the Court may deem just and proper in the premises.

Respectfully submitted,

NEWTON BARTH, L.L.P

By: */s/ Talmage E. Newton IV*
Talmage E. Newton IV, MO56647
talmage@newtonbarth.com
555 Washington Ave., Ste. 420
St. Louis, Missouri 63101
(314) 272-4490 – Office
(314) 762-6710 – Facsimile

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was electronically served on all parties of record and filed with the court via the court's e-filing System on this 14th day of February 2025.

/s/ Talmage E. Newton IV