** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| May 20, 2025 at 1:30:43 PM EDT | | 125 | 1 | Received |

Case: 4:24-cr-00633-SEP-NCC   Doc. #: 77   Filed: 05/20/25   Page: 1 of 1 PageID #: 163

From:   To:13142447909   05/20/2025 12:28   #890 P.001/001

# OFFICE OF THE SHERIFF
## CRAWFORD COUNTY, MISSOURI

Darin J. Layman, Sheriff

PO Box BE, Steelville, Mo 65565
Telephone 573-775-2125
Fax 573-775-2126

### Inmate Attorney Request Form

Name: Anjuan Mosby

Court Case #: 4:24-MJ-02321-JSD

Date: 5-19-2025

Attorney: Clerk Of Courts

Next Court Date: _____

Fax: 314.244.7909

Phone: 314-244-7909

Message: To whom this may concern. This is the second time I've had an issue with my discovery and I'm not sure if it's this facility/staff or my attorney's, which is David Bruns/Cirh R. Duffe. I've been waiting since the 23rd of last month to receive disc 3 and 4. This has to be hindering my due process in some way.

**TO INMATE:** Please fill this form out and it will be faxed to your attorney for his/her review. Due to some Attorney's not being able to accept collect calls from the jail we have developed this to assist you, the inmate, in your court proceedings. You may give your Attorney a message on this form or ask them to stop bye and see you

DATE FAXED: _____

OFFICER: _____

DSN: _____