# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:24-CR-00633-SEP-NCC |
| ANJUAN Q. MOSBY and EMMANUEL SUAREZ, | ) ) ) |
| Defendants. | ) ) |

## ORDER

**IT IS HEREBY ORDERED** that defendants' motions for an extension of the pretrial motion deadline [ECF Nos. 78 & 79] are **GRANTED.**

**IT IS FURTHER ORDERED** that the defendants are granted to and including **August 15, 2025,** in which to file pretrial motions or a waiver of such motions. The government shall have until **August 29, 2025,** in which to respond to any motions filed by the defendants.

**IT IS FURTHER ORDERED** that a Case Status Hearing as to Defendant *Anjuan Q. Mosby* is set for **Tuesday, August 19, 2025, at 1:00 pm,** in Courtroom 15N before the undersigned. Defendant and counsel must attend.

**IT IS FURTHER ORDERED** that a Case Status Hearing as to Defendant *Emmanuel Suarez* is set for **Wednesday, August 20, 2025, at 10:30 am**, in Courtroom 15N before the undersigned. Defendant and counsel must attend.

**IT IS FINALLY ORDERED** that the pretrial evidentiary hearing will be set upon further order of the Court.

For the reasons set out in the defendants' motions, as previously ordered [ECF No. 42], and based upon the record, the Court finds this matter continues to be complex as directed in 18 U.S.C. § 3161(h)(7)(B)(ii). Specifically, the Court finds that the instant case is so unusual and so complex due to multiple factors, including the nature of the prosecution, and the nature and volume of discovery. In addition, to deny the motions for additional time would deny counsel for the defendants the reasonable time necessary for effective investigation and preparation of pretrial motions, taking into account the exercise of due diligence, and that the ends of justice served by granting the parties' motions for additional time outweigh the best interest of the public and defendants to a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court finds the ends of justice served by the granting of the instant motions outweigh the best interests of the public and the defendants in a speedy trial.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE

Dated this 18th day of June, 2025.