# OFFICE OF THE SHERIFF
## CRAWFORD COUNTY, MISSOURI

Darin Layman, Sheriff

PO Box BE, Steelville, Mo 65565
Telephone 573-775-2125
Fax 573-775-2126

### Inmate Attorney Request Form

Name: Anjuan Mosby          Date: 10-01-2025

Court Case #: 4:24-MJ-02321-JSD    Next Court Date: Unknown

~~Attorney:~~ Court Clerk Office        Phone:

Fax: 314 244 7909

Message: HERE ARE SOME of my discovery files that dont play. More to come. Second production 1H002-RTCC video = Gov. 0000130, Gov. 0000131 0000132, 0000133, 0000134, 0000135, 0000158 150, 151, 152, 153, 154, 155

Seagate - Not showing

1A0011-4700 Ashland Video        flip over →

TO INMATE: Please fill this form out and it will be faxed to your attorney for his/her review. Due to some Attorney's not being able to accept collect calls from the jail we have developed this to assist you, the inmate, in your court proceedings. You may give your Attorney a message on this form or ask them to stop bye and see you

DATE FAXED:

OFFICER:                                        DSN:

Gov. 0000158 MP4 , 164 MP4 , 199 MP4 , 231 MP4
268 MP4 , 289 AVi , 290 MP4 , 292 AVi , 293 MP4
297 AVi , 328 AVi , 344 AVi , 545 MP4 , 561 AVi

These arent playable because file type is
unsupported, file EXTENSION is incorrect or
corrupt.